# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## MEMORANDUM

**TO:** David Copperthite
Assistant U.S. Attorney

AFPD Sapna Mirchandani
Assistant Federal Public Defender

**DATE:** December 1, 2015

**FROM:** Judge Catherine C. Blake

**SUBJECT:** USA v. John V. Baumgarten, Sr., John V. Baumgarten, Jr., and Anthony Baumgarten, Criminal No. CCB-96-0483

---

All three of these defendants are eligible for sentence reduction under Amendment 782. The government objects to any reduction because of the serious nature of the offenses the Baumgartens were convicted of committing almost 20 years ago. While I agree the conduct was serious, the Baumgartens have now served lengthy sentences for those crimes. Their conduct in the Bureau of Prisons reflects good progress with very few infractions. I find they are entitled to reasonable reductions as shown in the separate Orders which follow.